

FILED

10/23/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0162

## IN THE SUPREME COURT OF THE STATE OF MONTANA

### DA 23-0162

ROBERT L. ROSE,

      Petitioner and Appellant,

    v.

MONTANA DEPARTMENT OF
CORRECTIONS, BRIAN GOOTKIN, Director;
and JAMES SALMONSEN, Warden of Montana
State Prison,

      Respondents and Appellees.

O R D E R

Appellant Robert L Rose has filed a motion for extension of time to file his opening brief. Good cause appearing,

IT IS HEREBY ORDERED that Appellant has until November 24, 2023, to file his opening brief.

DATED this 23rd day of October, 2023.

For the Court,

_____
Chief Justice